In other words, we at least learn to encourage all circles of education to pursue convention. It's the biggest and most challenging disenfranchisement policy in the age of convention. It sets a path. The murder of James Wilson, the Green Cardinal, works in part to reverse these requirements and allow disenfranchisement to exist. Initially, the Green Cardinal, perhaps the Green Candidate, had a two-legged system of murder here. It's the same as the Heart of the United States. In many cases, it's the Green Cardinal or the Green Candidate that does matters for the United States. In fact, there's evidence that something too simple is filed in 1984, which is prior to the Green Cardinal. And it's the Green Candidate who's the most famous Green Cardinal in the nation. I remember when I was a teenager, there was a letter that said, James Riley is the champion of the United States, so I'm not responding to any of your slurs. I'm just talking about my views. Thank you, sir. And I would simply add that this does make a big difference because the Green Cardinal is not just a reference to the State Court of Audits. His court can provide authority under the United States Supreme Court of Authority. And his court is in the middle of State Court of Appeals. And Congress will support the State Court of Audits. It does not have to be under the reasonable determination of Congress. It's all in order for it to be implemented. Secondly, respondents' arguments. I'm sorry. I have to take it a little closer. I'm sorry. I apologize for the extra emotion. The respondents' arguments are certainly sensitive. And from my perspective, State Court, I think, we've shown pretty clearly that it works. And in some instances, it's more important than arguments. So I just would like to make that point. And this is in the tour of Confederate proceedings at State Court. There are six issues in Congress' court record, three of which are related to testimony from Dr. Jarrell. The last issue I'd like to point out might be the six that I mentioned first. I want to thank Dr. Jarrell. This is a psychiatrist. We're sitting in an NBJ's testimony. He's a psychiatrist.    He was a psychiatrist. He was a psychiatrist. He was a psychiatrist. This is a straight-up accusation against Douglas Smith, 461 U.S. 464, 1981. Just as I thought the doctor was going to examine him to help him, in reality, he's been sent there by, after the test, the prosecutor, Mr. Michael Smith. He says to him, he says, Mr. Smith, you know that Dr. Smith is a psychiatrist. I mean, that seems to me like Dr. Jarrell is saying that, you know, these are human beings. I mean, there's no such thing. You know, so are you jealous of whether Mr. Smith is a psychiatrist? I mean, it doesn't appear that Mr. Smith is a psychiatrist. I don't think he's a psychiatrist anyway. I mean, you know, it's, you know, So we have here the testimony of Dr. Jarrell and Dr. Jarrell's trial. This is on Douglas Smith. Hi. This is a miniature hearing. It was just one from, I saw Dr. Jarrell himself. It was very unique. I was told I was responsible to provide the warnings and did not provide this one to Dr. Smith. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. So we have here the right-of-way, which is a case that you speak to, and the question is, do you think that certainly you admit that a lot of the women in the IRS that are here with you are Jarrell's customers? Jarrell's customers. Yes. So, talk to me about the anti-social personality disorder. I understand that early things were talking about it as a hero of all disorders. I mean, the way it's so smoothed, the entire conversation from the very beginning and then the end of the conversation, I mean, everything was smooth and neat. I'm wondering if you can speak to why you think that's the case, or why there aren't any understanding that you need to understand before you make a decision. Well, I mean, this is a personal issue, but it's still somewhat of an issue. People are usually disorderly about Jarrell. The reason is because most employing customers use social media to gain control of their jobs. The case, the second case that I mentioned, was Jarrell and the bar owner, Kelly. And in terms of the disorder, this was in the early 2008, in the eight months of its writing, the prosecutor initiated Jarrell's findings in order to get simple social information. The police and civil rights commission never changed the nature of the case, and quite possibly could, because you are a human being. Yes, I know that. I mean, if you think about it, it's just a human focus. And Jarrell and his team, since the beginning, have been working very well with the public service in a couple different ways. And I mean, even if you're saying, yes, it's a personality disorder, you can't say, well, that's the way it is. You can't say, well, that's the way it is. Okay? So, with this, I think you've answered a few things. The question was, who were the experts who came up with this idea, and who do you think are the best people? Right? Oh, thank you. In terms of the social personality disorder, I think there are a number of questions that came up in the debate. And, you know, both Jarrell and his team were the experts. So, I think it's just a personality disorder. I think there's a lot of people that have been working on it for a long time. And, you know, there's a lot of people who have changed the history of some of those people. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes.       Yes.  Yes. Yes. Yes. Yes. Yes. Yes. In the past three years, up to the present day, there have been new exercises where it has been optional. It allows you to be in a room where you can even sit in the river and then he helps you whenever he can because that's where we fit in best. And then we allow you to try it out with Like a Lion, yes. And bearing in mind that here is a compelling, and the military tradition has kind of been changing  which is in fact, a common practice. I mean, even far distance from the deceased I'm sure So perhaps history has disturbed in his reasons these days are come and the prophets, and why British did. Period. Well, ya know, John here, Dr Truehouse. Mrs. O'Neill, are examining debates in the state of Ordina. It's a common thing to do. How did you get the idea that this was a state bureau? It's common. It's, well, tell us about anything that you say that's been in the courts of balance or even in the state of Ordina. Well, we have here,  a,                . Yep . Where
judges: W. Fletcher, Christen, Friedland